UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

MIDLAND INNOVATIONS, NV,                :

                      Plaintiff,        :        **ORDER**

           -against-                    :   **05 Civ. 9642 (RJH)(MHD)**

PRO-INNOVATIVE CONCEPTS, INC.,          :
et al.,

                      Defendants.       :

----------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby **ORDERED** that a settlement conference has been
scheduled for **THURSDAY, APRIL 16, 2009, at 10:00 A.M.**, at which
time you are directed to appear in Courtroom 17D, 500 Pearl Street,
New York, New York 10007-1312. Any requests for adjournment of this
scheduled conference must be in writing, with copies to all other
parties, and must be preceded by reasonable efforts by the
requesting party to obtain the consent of those parties.

    The parties are to take note of the following requirements for
settlement conferences before the undersigned:

    1. The parties are **expected to have spoken with each other
about their respective settlement positions** prior to the settlement
conference.

    2. The parties are directed to bring with them any documents

(including any deposition transcripts) that they consider pertinent
to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be
available via telephone during the conference.

**DATED: New York, New York**
**March 31, 2009**

SO ORDERED.

**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date to:

Kenneth S. Feldman, Esq.
Law Offices of Stephen E. Feldman, P.C.
12 East 41st Street
New York, NY 10017

Philippe Alain Zimmerman, Esq.
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299

2