```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIDLAND INNOVATIONS, N.V.,

                Plaintiff,

   -against-

PRO-INNOVATIVE CONCEPTS,

                Defendant.

---

05 Civ. 9642 (RJH)

**ORDER**

     Pursuant to the Consent Order dated December 22, 2009 [31], the Clerk of the Court is respectfully requested to close this case. The Court will retain jurisdiction to enforce the settlement.

SO ORDERED.

Dated: New York, New York
       ~~January 22~~, 2010
       Feb. 2

                                       Richard J. Holwell
                                       United States District Judge